No. 1185, Misc. BENTON *v.* MARYLAND. Ct. Sp. App. Md. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following questions:

(1) Is the double jeopardy clause of the Fifth Amendment applicable to the States through the Fourteenth Amendment?

(2) If so, was the petitioner "twice put in jeopardy" in this case?

Case transferred to appellate docket. *H. Thomas Sisk* and *M. Michael Cramer* for petitioner. *Francis B. Burch,* Attorney General of Maryland, and *Edward F. Borgerding,* Assistant Attorney General, for respondent.